ACCEPTED
15-24-00010-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/23/2025 9:10 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/23/2025 9:10:28 AM
CHRISTOPHER A. PRINE
Clerk



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

LANORA C. PETTIT
Principal Deputy Solicitor General

(512) 463-2127
Lanora.Pettit@oag.texas.gov

January 23, 2025

**Via File&Serve Texas**

Christopher A. Prine, Clerk of Court
Fifteenth Court of Appeals

**Re:  No. 15-24-00010-CV;** *Texas Department of Public Safety v. Texas Tribune*

Dear Mr. Prine:

I am writing to advise the Court of my withdrawal as counsel for Appellants the Texas Department of Public Safety and Christina Mitchell, in her Official Capacity as 38th Judicial District Attorney in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Sara B. Baumgardner will remain counsel for those parties.

Respectfully submitted.

/s/ Lanora C. Pettit

Lanora C. Pettit
Principal Deputy Solicitor General

cc: all counsel of record (via electronic filing)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Lanora Pettit
Bar No. 24115221
nancy.villarreal@oag.texas.gov
Envelope ID: 96506706
Filing Code Description: Letter
Filing Description: 20250123 15COA 152400010CV TX Tribune Attorney Withdrawal LCP_Final
Status as of 1/23/2025 9:17 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lori Mitchell | | Lori.Mitchell@haynesboone.com | 1/23/2025 9:10:28 AM | SENT |
| Laura Prather | 16234200 | laura.prather@haynesboone.com | 1/23/2025 9:10:28 AM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 1/23/2025 9:10:28 AM | SENT |
| Deborah Williams | | deborah.williams@oag.texas.gov | 1/23/2025 9:10:28 AM | SENT |
| Reid Pillifant | | reid.pillifant@haynesboone.com | 1/23/2025 9:10:28 AM | SENT |
| carey wallick | | carey.wallick@haynesboone.com | 1/23/2025 9:10:28 AM | SENT |
| Hannah Keck | | hannah.keck@haynesboone.com | 1/23/2025 9:10:28 AM | SENT |
| Dale Hicks | | dhicks-svc@tjhlaw.com | 1/23/2025 9:10:28 AM | SENT |

Associated Case Party: Office of the Texas Attorney General

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lanora Pettit | | lanora.pettit@oag.texas.gov | 1/23/2025 9:10:28 AM | SENT |
| Sara Baumgardner | | sara.baumgardner@oag.texas.gov | 1/23/2025 9:10:28 AM | SENT |
| Christopher Lavorato | | chris.lavorato@oag.texas.gov | 1/23/2025 9:10:28 AM | SENT |